**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
IN SUN KIL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RABADI SERVICE STATION, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01000-DSF (SKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that IN SUN KIL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of the
3  Court.
4
5  DATED:  April 8, 2022                      SO. CAL. EQUAL ACCESS GROUP
6
7
8                                              By:   */s/   Jason J. Kim*
                                                    Jason J. Kim, Esq.
9                                                   Attorneys for Plaintiff
10

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**